Case 17-5877 and 17-5895 Sun Life Assurance Company v. Conestoga Trust Services LLC Argument not to exceed 15 minutes per side Mr. Orr is the counsel for the appellant cross-appellee and unless the panel is opposed, he has an excerpt from opposing counsel's brief I think the panel probably is opposed We'd rather just be told about it. It's a distraction to have a big board up there Mr. Orr, when you're ready, you may proceed We have the brief, so you can just tell us what page Case 17-5877 Very good It's page 8 Of the red brief? Page 1 of the brief. The docket page is page 8 from document 18 Page 1 of the brief You can weave it into your presentation, whatever you think is relevant Very good. May it please the court In Sun Life's brief, they have a counter statement of the issues for appeal Before you get to that, can I just ask you a fundamental question, which I'm not sure I follow Conestoga is an LLC with one member, right? Yes Would you tell us, as a citizen of Wyoming, what is the member in Wyoming? A corporation, an individual, or what? I believe the member is a corporation Where was it incorporated? I've looked into all those facts, but I don't have all those facts regarding the citizenship Well, isn't that a problem? Because you say we have diversity of citizenship, but we can't even determine it I mean, that issue was addressed at the trial court to the trial court's satisfaction That doesn't matter In the trial court, what you said is the LLC is incorporated, but the LLC has the citizenship of its members And you say it's a limited liability company, organized and existing under the laws of Delaware Comprised of one member, which is a citizen of the state of Wyoming But we need to know where it's incorporated and where its principal place of business I assume the principal place of business is Wyoming And I would be happy to submit a supplemental letter of brief Yeah, please do I mean, we need to know we have jurisdiction before we start opining on all this And I can get that done in a couple of days Okay, sorry to interrupt, go ahead So Sun Life has a counter statement of issues on appeal And we kind of agree with Sun Life And so that's why I wanted to kind of focus my argument around that It says whether the district court properly held on summary judgment I'd like to stop there just for one second Probably goes without saying, but I have to say it That in deciding a motion for summary judgment A court must view the factual evidence and draw all reasonable inferences in favor of the non-moving party So what does that mean for this case? That means if after the trial court drew all reasonable inferences in favor of Conestoga The evidence was such that a reasonable jury could return a verdict for Conestoga Then summary judgment should have been denied And it seems to boil down whether at the time the policy was issued There was an agreement in place between Collins and I guess Life Asset to transfer the policy to Life Asset Is that fair? Absolutely, and continuing on with their And the issuance date rather than the effective date is the date we're pegging this at Is the issuance date Okay, and the issuance date if I recall was the March 31st date No, no, it was a later date. It was later in April, correct? And just no head nodding and all that, correct? Well, they pled that it was issued in March Well, we're at the SJ stage now My understanding of the record is that the effective date was early April The issuance date was late April Yes Correct? Despite the fact that they judicially admitted it was earlier Okay, well, and so it's after this email exchange that is kind of the focus of at least your opponent's argument Yes Okay, go ahead Okay, so did the district court properly hold on summary judgment that the policy is an illegal wagering contract Lacking an insurable interest under Tennessee law? That's the issue. Is it a stoley policy? Sure looks like one. I mean, you know you have some headwinds here I mean, the Georgia address, you know, it's not on Tennessee paper I mean, you know you have some headwinds here I'm going to address all that This counterstatement, I think, sets forth the standard We agree on the standard When is a policy a stoley policy? It's a stoley policy when there's an entity lacking an insurable interest in the life of the insured procured the policy and funded the premiums as part of a wager on the insured's life And why didn't Life Asset do that here? It was Houchins and Collins that procured the policy Life Asset had nothing to do with procuring the policy All right, let's talk about funding it Houchins writes the check for the premium Right, Houchins did that Not the alleged stranger investor He eventually, in fact, gets repaid by Life Asset No he doesn't, he gets repaid by Collins That's not my understanding of the record I thought that, well, go ahead and explain your basis for that There is a settlement statement And it is document 7650-2148 And it shows that Houchins was paid a $25,000 brokerage fee He was not reimbursed for any premium $82,000 went to Collins Collins reimbursed Houchins for the Where did Collins get the $82,000? From the investor, because the investor purchased the policy There's absolutely nothing wrong with taking out a policy And then selling it There's been not a single case that has ever held That it is illegal or somehow makes the policy void Just because you take out a policy in hopes of selling it Was it a coincidence that Really out of the initial Exchange of monies for the policy Just right at the time the policy is issued That Collins gets the $80,000 or whatever it was And sends the $20,000 back I mean for purposes of whether there was a pre-existing agreement It would seem like a remarkable coincidence That all of this was ready to go back and forth As soon as it was issued I think there's no question that A potential buyer was contacted To see if they might have interest in buying this policy If it was issued No question about that But there was no pre-existing agreement And I can give the court two reasons Why that is 100% established There were two other policies That weren't purchased by Life Asset That Life Asset was also contacted about There was another policy from Pacific Life That Houchins also Houchins and Collins procured two policies Life Asset only bought one of them Maybe there was only one pre-existing agreement And that's the one we're here on Everything was the same Everything was the same on both policies Everything was the same So if there was a pre-existing agreement Then they would have bought both But we have an email exchange Relative to this agreement That at least looks like it's sketching out terms For an immediate sale We don't have anything as to the other policy And the other policy just doesn't seem to be relevant here Remember, you have to draw all inferences In favor of Conestoga Within limits There is nothing from Life Asset Saying that we agreed to buy this policy Or committing to buy this policy I understand There's a condition that had to be met But my, I mean I think it's basic contract law Correct me if I'm wrong And this may well be the pivot point of the case That there is such a thing As an agreement with a conditioned precedent I agree I agree right now That if a certain thing happens I will do this other thing I mean, that's 1L contract law Where is the evidence of that agreement? It's not there And it would seem to I mean, their argument And I think the issue you have to contend with Is the possibility That the record does establish As a matter of law That Life Asset agreed In early April That if this policy in fact issues I'll pay 80 grand We'll pay 80 grand If they had an email from Life Asset saying that Then that might be the case They don't have that They don't have that I mean, it looks Well, maybe not in so many words But They don't have anything from Life Asset Nothing Well, who was the Wolf? I mean, who was Wolf was sort of speaking for Life Asset in this Wasn't he? Yes, he was the broker And they quote price it at 80 grand Which I understand to mean They'll pay 80 thousand dollars For this policy If it's issued Is that wrong? I go to you and I say Is that wrong, what I just said? They When Wolf says We price it at 80 grand Isn't Doesn't that mean Life Asset will pay 80 thousand If the policy issues? No, not at all It's just like I go to you and I say Hey, if I'm able to get this car Might you be interested in buying it? And, you know You don't even get to look at the car I just tell you about the model and the brand And say, you know What sort of price might you be interested in paying If I'm able to get this car? But you still have to look at the car You have to evaluate the car And we know there were two other policies That they looked at that they didn't buy The trial court completely ignored All the due diligence Didn't even address in the opinion All the due diligence That the fund did after the policy was issued They didn't even address it And remind us of some examples of that I guess we're talking things that happen After late April Yes The actual offer To buy the policy Something actually from Life Asset Was in May That's when they made the offer to buy it And then after that They researched the validity of the policy And the trust They looked up information regarding any tax liens They looked into UCC filings These are all in documents That were obtained by Life Assets They're all part of the record At 73-7 Pages 1779 through 1201 That's 73-7 At pages 1179 through 1201 And that's obviously the other Collins policy They looked into it And decided they didn't want to buy it This one they did Do you have any questions, Judge Keith? No All right And I want to mention something else And that is There's so much inflammatory language Used by Sun Life Really, there's nothing wrong with making an investment That is based on the longevity Of another person If there was something wrong with that And there was something illegal about that We'd have to shut down all the insurance companies in this country And that is because They not only sell life insurance But they sell annuities But there is something wrong If, from the, you know Initiation The policy comes into being Precisely because Some investor wants to make that bet Not because The insured Has personal reasons for wanting the coverage I don't know whether there's something wrong with that Tennessee thinks something's wrong with that Always has, apparently I agree that we have to deal with the Tennessee case law And the Tennessee case law says If a stranger investor Both procured the policy And funded the premium That it would be an illegal stolen policy Neither happened in this case It was Collins and Houchins that did it All right, very good Thank you, Mr. Orr You're going to have your rebuttal We'll hear from Mr. Miller Thank you Good morning, Michael Miller for Sun Life Two fundamental points Number one This policy It was an illegal human life wager So it's void ab initio Well, that's the question here Well, that's the first one The second one, of course, is Because it's void ab initio This court should leave the parties and the premiums where they find them And I'll start with the first I'll start with Tennessee law And I'll be brief There's a long line of Tennessee cases Standing for the basic proposition That life insurance policies in Tennessee In this context When you're evaluating them Substance matters over form And number two The policy has to be acquired in good faith It can't be some attempt to get around the rule against the wager What he What he Your opponent argues And you addressed this in your brief But I couldn't find Like sites You just say that Life Asset reimbursed Both the money to Collins And the money to Houchins What he says is No, the Collins paid the Houchins Which makes this case different Than a case where the premium And the investment was by the same person Understood, Your Honor Let's go there Number one Mr. Wolf Was deposed at great length Mr. Wolf admitted multiple times in his deposition All of these deals With Life Asset and Houchins work the same Life Asset would Price it as a percentage of the premium And then they would front The Pardon me They would price the policy as a percentage of the face amount of the policy And then they would front The premium And Houchins would be reimbursed We And would Houchins always be reimbursed by Like the Collins person Whoever that is They'd be reimbursed by Life Asset And it happened through Collins Can you explain the $2,000 discrepancy you explained in your brief I didn't really follow that Yes, I can Can I please start with I think a critical point on this That we won't want to miss At summary judgment This issue was joined And twice when it was When Conestoga Thought it wanted to take a different position Talk about a judicial admission They admitted Expressly that Houchins fronted the money And then Life Asset reimbursed Houchins through Collins And here's the quote From Conestoga In their summary judgment papers It's undisputed that Mr. Houchins was reimbursed From the money that Collins has received When they sold the policy to Life Asset They actually say it twice But Okay But I mean Mr. Orr says That actually shows that Collins paid him I mean I mean did the money Did Collins get the cash And then You know Give some back So then You know Why isn't he the payor First off That's what they're actually saying in their brief Right No I think And I think Mr. Orr said that today as well As I understand it And so But why isn't that Collins paying As opposed to somebody else Well if it was a loan And Collins was somehow being provided with the You know Houchins was fronting the money And this was Collins is repaying them as a loan As the district court recognized There'd be terms There'd be a repayment schedule There'd be a maturity date There'd be an interest rate There'd be a note There's none of that All you have Is this $107,000 deal It's $2 million 4% of that is $80,000 And then $27,000 We know that was the premium amount So they have $107,000 That they Here's what we know Life Asset paid that much And the district court recognized it exactly this way That Collins has ended up with $60,000 In their pocket And Houchins ended up with $47,000 in his pocket $27,000 was to reimburse him for his But his net was $20,000 though Exactly Then he takes $20,000 And put it in his premium When you look at the papers But you say in your brief That you Life Asset paid $25,000 to Houchins This is why I'm getting into the 2000 And $82,000 or something to the Collins Correct But they didn't pay the money to Houchins They paid it to Collins Who paid it to Houchins Well they paid the $25,000 to Houchins And then they gave $82,000 to the Collinses And the Collinses took $22,000 And gave it to Houchins Oh I see Does that make sense Let's be I'll go slower So it's $2 million 4% That's $80,000 We knew the premium was $27,000 They did pay money directly to Houchins They paid $25,000 directly to Houchins Don't speed it up here Keep going through Sorry Let me go back I'm talking about this whole agreement standard Right Because there's a procurement standard And I want to talk about that That's the real test Just walk through that money exchange one more time You said you're going to go slowly through it Oh I'm sorry That's alright I just want to hear it one more time It's a $2 million policy The only thing that ever gets negotiated In the context of a life asset deal Is what percentage of the face amount Is life asset going to pay There's one material term It's that percentage Here it was 4% 4% of $2 million is $80,000 The other item that's a part of these deals And Wolf testified that this is how it always works Is Houchins gets reimbursed For whatever premium he fronted We know what the premium was It was $27,000 We have his checks We know that he paid it So it's $107,000 owed by life asset for the deal And the way they dispersed the money Was they gave $25,000 to Houchins up front And they gave $82,000 to the Collinses But right after that Like that day Houchins emails them They give Life asset gave $25,000 to Houchins up front So they pay his brokerage fee Well that's what it's referenced as I mean it's a reimbursement for premium And when you look net Which is what the district court did And she was correct to do it You knew that Collins has got $82,000 You have Houchins emailing the Collinses Saying give me my $22,000 They do So they get $60,000 He gets $47,000 $27,000 to reimburse for his premium Does the paper for the deal Specify that the $25,000 That life asset paid Houchins directly Is for something other than Reimbursement of the initial There's a line item for a broker fee These are black market deals It's a broker fee It's called a broker fee That payment That's what it's referred to in a settlement sheet After the policy is issued But then Collins gets What $82,000? Collins originally got $82,000 And then Houchins writes the email Give me my $22,000 They send it over to him They net $60,000 So I mean he gets a wire transfer Something of $82,000 or a check Collins gets He takes possession of the $82,000 As his property For a moment I'm just curious about the mechanics of this So then does he write a check to Houchins For I guess what it's $22,000 $22,000 does he write a check How does the $22,000 move? I'm not sure we have that Other than we have his note to them Give me my $22,000 Can I ask a question? Go ahead So now I'm still in the fact It's a check Forgive me It's a check It's in the record It's 76-51 It's barely legible But it's the You know They got the money on June 18th Okay And then on June 18th He emails them Erwin He's writing to the insurers After confirming receipt of the $82,000 in your account Please send me the $22,000 Okay But the premium was $27,000 So part of that premium Was paid by Life Asset to Houchins Directly Depends on how you want to add the money He got Houchins got $47,000 Right But $27,000 was a reimbursement Correct We all agree on that Yes And $22,000 of that reimbursement came from Collins And $5,000 of that reimbursement came from Life Asset You can think of it however you want Because he got $25,000 and $22,000  You could say Life Asset gave him My point is Collins never paid the full premium back to Houchins Correct It's impossible for that to have happened Because they only gave $22,000 Yeah Go ahead Forgive me Back to the agreement I think the district court Did an excellent job of outlining this There are a lot of facts here obviously But this really got going after this Switch to Georgia paper On March 20th It's March 20th Pardon me March 17th And that's when Houchins And this is how a lot of these deals got done And Wolf admits this Before policy issuance Houchins reached out to Life Asset And told them about the life expectancy information With respect to Collins What did Life Asset do? And he said at the end of his email On March 17th Please price And then a week later they write back And they say 4% It'll be 80 That's March 24th And then he writes back And it's smoking gun evidence It's April 3rd We will close with you at 4% It's undisputed that he acted as Collins' agent There's an agent agreement they had with Collins I'm acting as your agent In connection with selling this policy So we Was him and the Collins' We'll close is self-explanatory The 4% is the only material term They had a deal Okay What happened after that? It's amazing Your honor referenced that contingency email It comes two days later That contingency email Confirms that this is a deal And there's just a couple of contingencies That need to be worked out There's references to Where are the original papers? What are the wiring instructions? Exactly the kind of thing you see After people sign a You know have a You would agree that Issuance of the policy Was a condition Of the Of enforcement of the agreement Right? I mean that seems to be Clear in the face of Either There needs to You need to make If the insurance company figures this out And they back out Then we can't have our Stoly deal I mean So I mean So you would agree with The characterization Of this agreement As one Having a Condition precedent Is that fair? I mean Wiring instructions I just remember 1L contract Originals of the agreement Some And it has to be The policy has to exist Or we're not going to do the deal I mean remember This whole idea Of whether there's even An agreement standard There's no Tennessee court That sets the standard that high It's true that in Clement There were agreements And it's true here We've got one But they concede themselves What you're really looking for Is was there a meeting Of the minds? And we know that Happened here I mean look Fundamentally It's a black market Transaction Right after that April 5th deal The policy gets paid for By Houchins We have his checks April 22nd And April 25th The policy gets issued On April 30th The application for it Wasn't even until March 31st It got paid for And like I said The 22nd and 25th It's issued on the 30th And then they gin up These contracts And the contracts When you look at them This is what I love About this case They match the terms There's nothing that changed They just Confirm what the parties Had already agreed to There's no change whatsoever You want to talk Well at some point You might want to talk About your second point Yes Let's talk about  As to when you Thank you your honor I was shifting to that Right now I mentioned the general rule When a policy is void Ad venitio Courts leave the party Where they find them You're not to aid Parties to What's your best case Because it seems like There's some cases That go the other way It's a burden issue Your honor Fundamentally The general rule Is you leave them Where you find them The party What's your best case For the regime That you're now describing Because It seems like You know I'm sorry Yeah I'm talking about Tennessee law I mean it's a question Of Tennessee law You know I mean Do they have to Pay it back or not Or do you have to Pay it back or not We don't And I Would point it this way And I guess I'm just wondering What Tennessee authority Do you think Is most helpful to you Because I've read A number of cases And it seems like They're kind of Going the other way Thank you I've studied this For a long time The answer I have here Is actually The correct answer You look at the restatement Of restitution Section 197 What's the best Tennessee case All three of them The Branson case The Cook case And the Washington case Consistent with The restatement They establish That to get out From under the general rule The party that wants To upset the general rule Has got to prove something Okay And I've read those cases Your honor Well Judges Will of course read them Here are three ways You can get the premium back One is There's no fraud In the application A second is You've got an innocent Beneficiary Maybe Third That you had a bad Insurer or agent And the problem For Conestoga here Is they have None of the three There was fraud In this application So they can't say Oh this is a perfectly Clean application Where there was no fraud There was lots of fraud There were lies About net worth Well In the Washington case Yes They Um They Said there That Uh I guess Uh They said The present plaintiff Was guilty of no Intentional fraud Or wrongdoing The party that Stood in front of them The one that had been Trying to get The insurance That was the only Party in front of them Happened to be That the party In front of them Was the original party Every case Has different facts So I mean I guess The hinge point Of your argument On this Well You don't argue That Conestoga Engaged in fraud When it bought the policy What we argue Is they stand In the shoes You don't argue That correct No they need to prove That they didn't Engage in fraud Or that they have Clean hands Or that they did Okay well let's I mean Do you disagree I mean Yes Um Do you disagree That they have Clean hands I mean They haven't proven it The way it works Is the burdens on them Put in an affidavit We conducted Due diligence We thought this was A good policy We looked at this We looked at that They come in here Your honor And say Um No we're not We're not going to Prove anything We're the six assignee Let us off the hook I mean the status quo Is where we are now They want a risk Free bet They knew what They were investing in Life insurance Policies on total Strangers They know these Deals can go bad Would they have Gotten all the paper For this Or Does that typically Happen We don't know They didn't get The emails And all that I guess They could have Investigated whether It was fraud In the application They would have known There were lies About net worth There was a lie About the intent To use the policy For estate planning They would have known That the policy Didn't How did they find out That there's a lie About net worth I'm not sure I follow So you're saying These people weren't Worth three million dollars There were In the application There were representations With respect to Income and net worth And you know This isn't in the record But the way This industry works Is you can investigate These policies Well if it's not In the record You can't I know But that's the point It was their obligation To upset the general To submit evidence Of due diligence Wait a minute If they say There's no fraud We did an investigation And you want to show In response That there is fraud It's your burden At that point It would be then But all they've done Your honor Is come in and say Hey We're the sixth Assignee We've got nothing To do with this Wait a second This thing reeks And you didn't even show That you looked at it At all These things happen All the time If they're legit I mean Look If you look At the other circuits I mean This isn't Tennessee law But these things Are happening All the time In the other cases Your honor It comes down The cases Where premiums Are returned Are mistakes By panels That look at these Like rescission cases Or They fail to follow The burden of proof And if you follow The burden of proof They have to prove Something Where What authority Are you getting This burden from I mean Give me a case I think That I think When you read Washington And Branson And Cook There's references To There's proof Where do you say it In those cases I didn't see That they have The burden In those cases Well I mean They just said You know Your argument As I understand it Is I mean Set aside Let's stipulate That Conestoga Didn't engage in fraud Just hypothetically You're saying Even if that's true They can't have Any greater rights Than Life asset Correct And Where are you getting That authority I hate to You know That's Tennessee Insurance Guarantee Association It's cited in our briefs 2005 West law Okay 138 48 78 Thank you Okay Judge Keith Any questions All right Thank you Hear from Mr. Orr Yeah Can you address The last issue first  The return Of the premiums Only because You didn't hit that Yeah I mean I don't know why they only paid 22. That suggests there was a pre-existing agreement. There was an agreement between Houchens and Collins that if we sell this policy, you'll reimburse me. Yeah, there was an agreement there. We have testimony from Wolfe saying that there was no pre-existing agreement. Summary judgment denied. Wolfe's not here to tell us whether there's an agreement. I mean, that's a judgment for the court to make based on whether the record materials, as a matter of law, show a meeting of the minds. Wolfe, I mean, it's just irrelevant whether he said in his view there was, quote, an agreement. He was the one that was communicating on behalf of Life Asset. He's essentially the party. He says there was no agreement. You've got some documents that are vague. I mean, what if there was a signed contract and Wolfe comes in and says, well, there was no agreement? It would be different. There isn't. There isn't in this case. All you have is an expression of a willingness by Houchens and Collins to sell the policy if it's issued. There's nothing from Life Asset. What about the email that said we will close at 80 grand? Yeah, we is Houchens and Collins. There's nothing from Life Asset saying, yeah, we agree to buy the policy.  Just because if this was a car accident case, just because you know what the witnesses say, that doesn't mean the judge gets to decide who was negligent. No, I mean, believe me, we're very aware of the summary judgment standard, and we're not going to cut corners on that. All these things were inferences that the trial judge drew against Conestoga when the trial judge should have been doing the opposite. Okay. All right. Well, thank you both for your arguments. Case to be submitted. Clerk may call the next case.